

**NUMBER 13-12-00508-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**BARRY DWAYNE MINNFEE,** **Appellant,**

**v.**

**SGT. KEITH JACKSON, ET AL.,** **Appellees.**

---

**On appeal from the 130th District Court
of Matagorda County, Texas**

---

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Barry Wayne Minnfee, attempted to perfect an appeal from a denial of a writ of mandamus issued by this Court. Upon review of the documents before the Court, it appeared that the order he was attempting to appeal was not appealable. The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was also notified

that the notice of appeal failed to comply with Texas Rule of Appellate Procedure 25.1(d)(1) and 9.5(e).  *See* Tex. R. App. P. 9.5(e), 25.1(d)(1).  Appellant was advised that, if the defects were not corrected within ten days from the date of receipt of this notice, the appeal would be dismissed for want of jurisdiction.  Appellant has responded that he is appealing from a writ of mandamus issued by this Court on May 24, 2012, in cause number 13-12-00337-CV.

The Court, having fully reviewed and considered the documents herein, concludes order appealed from fails to invoke our appellate jurisdiction and is of the opinion that the cause should be dismissed. Accordingly, the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.  *See* Tex. R. App. P. 42.3(a),(c).  Any pending motions are DISMISSED AS MOOT.

PER CURIAM

Delivered and filed the
31st day of August, 2012.